UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**GRISELDA RENTA**, individually and on behalf of all others similarly situated,

                                            Plaintiff,

                vs.

**CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES**,

                                          Defendant.

Case No: 2:20-cv-00184-JS-AYS

---

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, Plaintiff Griselda Renta and Defendant Credit Control Services, Inc. d/b/a Credit Collection Services, and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii,) with each party to bear its respective attorney's fees and costs including third party claims.

Dated:      August 3, 2022

| | |
|---|---|
| By:   */s/David M. Barshay* <br>       David M. Barshay <br>       Barshay Rizzo & Lopez <br>       445 Broadhollow Road <br>       Suite CL18 <br>       Melville, New York 11747 <br>       Phone: (631) 210-7272 <br>       Email: dbarshay@brlfirm.com <br>       *Attorney for Plaintiff* | By:   *Lori J. Quinn* (signature) <br>       Lori J. Quinn <br>       Gordon Rees <br>       Scully Mansukhani, PLLC <br>       One Battery Park Plaza, 28th Floor <br>       New York, New York 10004 <br>       Phone: (212) 453-0758 <br>       Email: ljquinn@grsm.com <br>       Attorneys for Defendant, <br>       *Credit Control Services, Inc. d/b/a* <br>       *Credit Collection Services* |

SO OREDERED.
Dated: August 4, 2022            /s/ JOANNA SEYBERT
      Central Islip, NY         Joanna Seybert, U.S.D.J.
The Clerk's Office is directed to mark this case CLOSED.